UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN P. WHITE, JR. )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES INTERNAL REVENUE )<br>SERVICE, )<br>        Defendant. ) | **JUDGMENT**<br>2:19-cv-9-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 6, 2019, and for the reasons set forth more specifically therein, that this action is dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on June 7, 2019, and Copies To:**
Melvin P. White, Jr. (via US mail) P O Box 73, Lewiston, NC 27849

June 7, 2019                                   PETER A. MOORE, JR., CLERK

                                                         /s/ Sandra K. Collins
                                                    (By) Sandra K. Collins, Deputy Clerk